# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Axxon International, LLC ) ASBCA No. 58818
)
Under Contract No. N00244-12-C-0031 )

APPEARANCE FOR THE APPELLANT: Eric Lee, Esq.
  Lee & Amtzis, P.L.
  Boca Raton, FL

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
  John D. Noel, Esq.
  Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 27 January 2015

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58818, Appeal of Axxon International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals